UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-23199 CIV-JORDAN/Torres

ARLEN HOUSE EAST CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.

QBE INSURANCE (EUROPE) LIMITED,
a foreign corporation f/k/a QBE
INTERNATIONAL INSURANCE
LIMITED, QBE INSURANCE
CORPORATION, a foreign corporation,
and INSCORP THE INSURANCE
CORPORATION OF NEW YORK, a
foreign corporation,

    Defendants.

_____/

## DEFENDANT QBE INSURANCE CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

The Defendant, QBE INSURANCE CORPORATION, by and through the undersigned counsel, hereby files this Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law, and states as follows:

1. In its Complaint, Plaintiff seeks to recover from three separate property insurance companies, QBE INTERNATIONAL INSURANCE LIMITED, QBE INSURANCE CORPORATION and INSURANCE CORPORATION OF NEW YORK, for damages arising from an alleged "collapse."

2. Defendant alleges that each of the insurance policies issued by the three insurance companies contains "additional property coverage for collapse."

CASE NO.:  07-23199 CIV-JORDAN/Torres

3. However, the insurance policies attached as Exhibits "1" and "2" to Plaintiff's Complaint irrefutably reveal that only the policies issued by Defendants QBE INTERNATIONAL INSURANCE LIMITED and INSURANCE CORPORATION OF NEW YORK provide any coverage for "collapse."

4. The insurance policy issued by Defendant QBE INSURANCE CORPORATION, which is included in Plaintiff's Exhibit "1," does not contain the "Causes of Loss – Special Form" providing collapse coverage in Section "D" captioned "Additional Coverage – Collapse."  Rather, the policy issued by QBE INSURANCE CORPORATION contains "Causes of Loss – Wind Form," which expressly states:

> Causes of Loss – Wind Form
> A.  Covered Causes of Loss
> When Wind is shown in the Declarations, Covered Causes of Loss means the following:
> 1.  Windstorm or Hail…

5. The "Commercial Property Coverage Part Declarations Page" for policy number QW2334-06 found within Plaintiff's Exhibit "1" expressly describes the "Covered Cause of Loss" as "Wind."

6. Therefore, according to Exhibit "1" of Plaintiff's Complaint, the insurance policy issued by Defendant QBE INSURANCE CORPORATION is a windstorm policy and does not provide collapse coverage.

7. In addressing a motion to dismiss, "where an exhibit conflicts with the allegations of the complaint, the exhibit typically controls."  See, e.g., Massey v. Merrill Lynch & Co., 464 F.3d 642, 645 (7th Cir. 2006); Grochocinski v. Mayer Brown Rowe & Maw LLP, 2007 U.S. Dist. LEXIS 46896 (N.D. Ill. 2007); Anderson v. State of Illinois Dept. of Human Services, 2005 U.S. Dist. LEXIS 22684 (N.D. Ill. 2005).

8. Accordingly, Plaintiff's Complaint seeking collapse coverage from Defendant QBE INSURANCE CORPORATION, its windstorm insurer, should be dismissed for failure to state a cause of action.

WHEREFORE Defendant QBE INSURANCE CORPORATION respectively requests that this Court enter an Order dismissing Plaintiff's Complaint, and grant such further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic filing on this 1st day of January, 2008, to: Charles C. Papy, III, P.A., Duane Morris LLP, 200 S. Biscayne Blvd., Suite 3400, Miami, Florida 33131; and via facsimile and U.S. Mail to: William S. Berk, Esq., Berk Merchant & Sims PLC, 2100 Ponce de Leon Blvd., PH1, Coral Gables, FL 33134, co-counsel for Defendant; and J. J. Wicker II, Esq., Wicker Smith et al, P.A., 1645 Palm Beach Lakes Blvd., 7th Floor, West Palm Beach, Florida 33401, co-counsel for Defendant.

C. DEBORAH BAIN, P.A.
The Summit Building
840 North Federal Highway
Suite 305
North Palm Beach, FL 33408
Phone: 561-630-1917
Fax: 561-630-1918

*/s/ C. Deborah Bain*

C. Deborah Bain, Esquire
Florida Bar No. 857637