UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-23199-CIV-JORDAN

| | |
|---|---|
| ARLEN HOUSE EAST CONDOMINIUM ASSOCIATION, INC., | ) ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| QBE INSURANCE (EUROPE) LIMITED, et al., | ) ) |
| Defendants | ) |

### ORDER

Arlen House's response to the defendants' motions for summary judgment shall be filed no later than fourteen calendar days from the date the Court rules on Arlen House's motion to strike.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of September, 2008.

Adalberto Jordan
United States District Judge

Copies to:    All counsel of record